IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 17-407 |
| v. | : | |
| | : | CIVIL ACTION |
| DAVID TONEY | : | 20-5117 |
| | : | |

# **ORDER**

AND NOW, this 14th day of April, 2024, upon consideration of Defendant David Toney's Motion to Vacate, or Set Aside Guilty Plea and Conviction Pursuant to 28 U.S.C. § 2255, and the Government's Response in Opposition, it is hereby **ORDERED** that:

1. The Motion (ECF No. 207) and Amended § 2255 Motion on Corrected Form (ECF No. 209) are **DENIED.**

2. Defendant's *Pro Se* Motion for Expedited Ruling on Motion to Vacate Conviction and Sentence under 28 U.S.C. § 2255 (ECF No. 259) is **DENIED AS MOOT**.

3. A Certificate of Appealability shall not issue because Defendant has failed to make the necessary showing of the denial of a constitutional right and that reasonable jurists would find the Court's assessment of his claims debatable or wrong. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

BY THE COURT:

*/s/ Mitchell S. Goldberg*
Mitchell S. Goldberg,      J.