# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID TONEY | Criminal. No. 17-0407 |

## ORDER

**AND NOW**, this 16th day of July, 2026, upon consideration of the Motion for Early Termination of Supervised Release of David Toney (ECF No. 268) and all corresponding briefing, it is hereby **ORDERED** that the motion is **DENIED**.

BY THE COURT:

MARY KAY COSTELLO
United States District Judge